**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cr-60310-PCH**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**MARIA JIMENEZ**,

      Defendant.

_____/

### ORDER ADOPTING AND AFFIRMING R&R
### AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis's Report and Recommendation ("R&R") on Change of Plea **[ECF No. 29]**, which was entered on March 11, 2026.  In the R&R, Magistrate Judge Louis found that the Defendant Maria Jimenez freely and voluntarily entered a plea of guilty as to the sole Count of the Indictment,[1] which charges her with possession with the intent to distribute a controlled substance, in violation of 21 U.S.C. sections 841(a)(1) and 841(b)(1)(B)(ii). Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to the sole Count of the Indictment filed in this case, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Magistrate Judge Louis's R&R, and no objections to it have been filed. Therefore, based on a *de novo* review of the evidence presented, it is:

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis's R&R on Change of

---

[1] The Court notes that the Report and Recommendation [ECF No. 29] contains a typographical error at ¶ 7 referencing "Counts One through Six of the Indictment." This is a scrivener's error. The Indictment in this case contains a single count, Count One, charging the Defendant with possession with the intent to distribute a controlled substance in violation of 21 U.S.C. sections 841(a)(1) and 841(b)(1)(B)(ii). *See* ECF No. 13. The rest of the Report and Recommendation is accurate as to the sole count in the Indictment.

Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count One of the Indictment filed in this case; and (3) a sentencing hearing is set for **Monday, June 1, 2026 at 11:30 a.m.**, before the Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

   **DONE AND ORDERED** in Miami, Florida on March 16, 2026.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
United States Probation Office